IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HOMER CROOKS, JR., | * | |
| Plaintiff, | * | |
| v. | * | Case No. |
| MGM NATIONAL HARBOR, LLC | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, MGM National Harbor, LLC, hereby removes Case No. CAL22-05558 from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

**Statement of the Case**

1. The above-captioned action was filed by Plaintiff Homer Crooks, Jr. on or about March 1, 2022 in the Circuit Court for Prince George's County, Maryland, Case No. CAL22-05558. A copy of the Complaint is attached hereto as **Exhibit A**.

2. Defendant MGM National Harbor, LLC was served with the summons and Complaint on March 21, 2022 by consent on Undersigned Counsel. Attached hereto as **Exhibit B**.

3. The Complaint purports to assert a single cause of action, a Count for Negligence.

4. Plaintiff seeks relief including compensatory and other damages "in excess of $75,000." *See* **Exhibit A**, p. 3.

268911881v.1

### Diversity Jurisdiction pursuant to 28 U.S.C. §1332(a)

5. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendant, and more than $75,000 (exclusive of interest and costs) is at stake.

6. Plaintiff alleges that she is a resident/citizen of the District of Columbia.

7. Defendant, MGM National Harbor, LLC is not a citizen of Maryland because it is a limited liability company without any owner or member that is a citizen of Maryland. MGM is a wholly-owned subsidiary of MGM Resorts International, a Nevada corporation.

8. Plaintiff in this action request unspecified compensatory damages in excess of $75,000, as well as attorneys' fees and costs. Thus, over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

### Conclusion

9. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5.a. a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant, MGM National Harbor, LLC, are being filed with this Notice of Removal.

10. This Notice of Removal is being filed within 30 days of the date that MGM National Harbor, LLC was served with the Summons and Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Maryland is the federal judicial district embracing the Circuit Court for Prince George's County, where the State Court Action was originally filed.

12. By notice of Removal, Defendant, MGM National Harbor, LLC, do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action. Defendants intend no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and or pleas.

>Respectfully submitted,
>
>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
>
>*/s/ Emily F. Belanger*
>_____
>Angela W. Russell (Bar No. 15227)
>Emily F. Belanger (Bar No. 18893)
>500 East Pratt Street, Suite 600
>Baltimore, MD 21202
>Phone: (410) 538-1800
>Fax: (410) 962 -8758
>Angela.Russell@wilsonelser.com
>Emily.Belanger@wilsonelser.com
>*Attorneys for Defendant, MGM National Harbor, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2022, a copy of this Notice of Removal was served via first-class mail, postage prepaid, to the following counsel of record:

Edward J. Connor
5210 Auth Road, Suite 304
Camp Springs, MD 20746
Edconn1952@juno.com
*Attorneys for Plaintiff*

>*/s/ Emily F. Belanger*
>_____
>Emily F. Belanger

268911881v.1