IN THE CIRCUIT COURT FOR PRINCE GEORGES COUNTY, MARYLAND

HOMER CROOKS, JR.
1847 Massachusetts Avenue, SE
Unit #7
Washington, DC 20003

    Plaintiff

                 CAL NO. CAL22-05558

  v.

MGM NATIONAL HARBOR, LLC
3950 Las Vegas Boulevard
Las Vegas, Nevada 89119

    Defendant

SERVE:
CSC Lawyers Incorporating Service Co.
7 St. Paul Street
Suite 820
Baltimore, Maryland 21202

## COMPLAINT
(Premises Liability - Slip and Fall)

Comes now Homer Crooks, Jr. Plaintiff, and sues MGM National Harbor, LLC, Defendant, and as reason therefore, states as follows:

1. Plaintiff is a citizen of the District of Columbia. The cause of action arose in Prince Georges County, Maryland.

2. Defendant MGM National Harbor LLC is a limited liability company organized under the laws of Nevada with a principal place of business in Nevada.

Exhibit A

3. On or about November 21, 2019, at approximately 7:00 a.m., the Plaintiff was present upon the premises of MGM National Harbor Resort & Casino, located at 101 MGM National Avenue, Oxon Hill, Maryland 20745 as a business invitee of the defendant. At that time and place, he stood near the casino entrance and began a conversation with another guest of the casino, one Edward Barden. During the conversation, which lasted about ten minutes, an MGM employee pushed an empty dolly cart behind plaintiff and out of his view. The employee then left the dolly cart unattended in this position. When the conversation ended plaintiff turned to leave and tripped and fell over the unattended dolly cart behind him.

4. At all times herein defendant MGM National Harbor LLC owned, operated and maintained the premises in question as a retail resort, hotel and casino open to the public, and the unattended dolly cart in question was placed behind plaintiff and left unattended by an agent, servant and employee of defendant who was acting in the course and scope of such agency, servantship and employment..

5. The Defendant had a duty to use ordinary care to inspect and maintain the casino and hotel floor in a safe and proper condition, so as not to cause injury to business invitees, including the plaintiff. Defendant had an additional duty to warn invitees of known dangers, a duty to inspect and a duty to take reasonable precautions against foreseeable dangers, including tripping hazards. Notwithstanding these duties, defendant failed to properly inspect and maintain the casino and hotel floor; to keep it free from hazards, including unattended dolly carts, and to warn invitees of the danger and hazard posed by the presence of unattended dolly carts on the said floor.

Defendant thus acted in a negligent, careless and reckless fashion, directly and proximately resulting in injury to the plaintiff.

6. As a direct and proximate result of defendant's negligence, the plaintiff slipped and fell over the unattended dolly cart in question, sustaining serious, painful and permanent injuries to his body, including but not limited to scapholunate disassociation, severe degenerative joint disease, CPPD arthritis and tendonitis of the left wrist, and post-operative changes at the medial meniscus, recurrent flap tear of the posterior horn of the medial meniscus, subchondral insufficiency fracture, severe medial compartment chondromalacia and Baker's cyst of the right knee .

7. The plaintiff's injuries have caused him and will continue to cause him great physical pain and mental anguish; that he has in the past and will in the future be required to spend large sums of money for hospital, medical, nursing care, treatment and related items; that he will be required to contend with injuries which are permanent in nature and which will hamper and deprive him of the enjoyment of life; and that he has been otherwise injured and damaged.

WHEREFORE, Homer Crooks, Jr., Plaintiff, demands judgment against MGM National Harbor, LLC, Defendant, in an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00), pursuant to Maryland Rule 2-305 in compensatory damages, interest and costs.

_____
Edward J. Connor
5210 Auth Road
Suite 304
Camp Springs, Maryland 20746
(301) 899-7801
Attorney for Plaintiff

PLAINTIFF DEMANDS TRIAL BY JURY AS TO ALL ISSUES.

_____
Edward J. Connor